IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GLOBAL ONE FINANCIAL, A DIVISION OF SYNOVUS BANK, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY P. ORDUNO, individually, and in his capacity as Trustee of THE FERN FAMILY IRREVOCABLE LIFE INSURANCE TRUST, JUSTIN J. FERN, individually, and ACCORDIA LIFE AND ANNUITY COMPANY, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: |

**DEFENDANT ACCORDIA LIFE AND ANNUITY COMPANY'S**
**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Accordia Life and Annuity Company ("Accordia") gives notice of removal of this action from the Superior Court of Muscogee County, Georgia, where this action commenced, to the United States District Court for the Middle District of Georgia, Columbus Division. In support of this Notice of Removal, Accordia states:

1. On May, 29, 2025, Plaintiff Global One Financial, a Division of Synovus Bank commenced this action against Defendants Accordia and Justin J. Fern, individually and in his capacity as Trustee of the Fern Family Irrevocable Life Insurance Trust (the "Trust"), in the Superior Court of Muscogee County, Georgia, in the matter styled *Global One Financial, a division of Synovus Bank v. Fern*, Case No. SU2025CV002298. Plaintiff later amended its complaint to add as Defendant Jeffrey P. Orduno, individually and as Trustee of the Trust and to designate Defendant Fern as a defendant in his individual capacity only. Copies of all process and pleadings filed in that state court are attached to this Notice as Exhibit A.

140689496.1

2. Accordia filed an Acknowledgement of Service on July 2, 2025. Fern filed an Acknowledgement of Service on July 1, 2025.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was effected within thirty (30) days of service of the Complaint on Accordia. *See* 28 U.S.C. § 1446(b); *Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (notice of removal timely under 28 U.S.C. § 1446(b) if filed within 30 days after service of the complaint).

4. Plaintiff is a corporation organized under the law of the State of Georgia with its principal place of business in Columbus, Georgia. Amended Complaint ¶ 2.

5. Defendant Jeffrey P. Orduno is a citizen of and domiciled in Illinois. *See id.* ¶ 3

6. Defendant Justin Fern is a citizen of and domiciled in Illinois. *See id.* ¶¶ 4–5.

7. Defendant Accordia is an Iowa company with its principal place of business in Des Moines, Iowa. *See id.* ¶ 6.

8. This matter concerns a Promissory Note and Security Agreement pursuant to which Plaintiff allegedly loaned approximately $10.25 million to the Trust. Plaintiff asserts that the Trust is in default on the Note and owes at least approximately $9.55 million. Amended Complaint ¶¶ 9, 51, 53.

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of Georgia and Defendants are citizens of Illinois and Iowa and the amount in controversy is in excess of $75,000. Accordingly, this case is removable under 28 U.S.C. § 1441(a).

10. Defendants Orduno and Fern consent to the removal of this action to this Court.

11. Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action together with a copy of this Notice of Removal, shall promptly be filed with the Clerk of Court of the Superior Court of Muscogee County, Georgia.

WHEREFORE, Accordia respectfully requests this case be removed the Superior Court of Muscogee County, Georgia and that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for trial.

This the 30th day of July, 2025.

        **CARLTON FIELDS, P.A.**

        */s/ Dylan Magruder*
        Dylan Magruder
        Georgia Bar No. 810717
        1230 Peachtree Street NE
        Suite 900
        Atlanta, GA 30309
        (404) 815-3400
        (404) 815-3415 (fax)
        dmagruder@carltonfields.com

        *Counsel for Accordia Life and Annuity Company*

140689496.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed using the CM/ECF electronic filing system, which will send notification of such filing to counsel of record for all parties in this case.

This 30th day of July, 2025.

>  */s/ Dylan Magruder*
> Dylan Magruder