IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| GLOBAL ONE FINANCIAL, A DIVISION OF SYNOVUS BANK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 4:25-cv-00247-CDL |
| | ) | |
| JEFFREY P. ORDUNO, individually, and in his capacity as Trustee of THE FERN FAMILY IRREVOCABLE LIFE INSURANCE TRUST, JUSTIN J. FERN, individually, and ACCORDIA LIFE AND ANNUITY COMPANY, | ) ) ) ) ) ) ) | Hon. Clay D. Land |
| Defendants. | ) | |

**DEFENDANT ACCORDIA LIFE AND ANNUITY COMPANY'S
CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Accordia Life and Annuity Company ("Accordia") files this Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

The following is a complete list of the persons, associated persons, firms, partnerships, or corporations known to Accordia that may have a financial interest in the outcome of this matter:

- Accordia Life and Annuity Company

- Carlton Fields, P.A. (counsel for Accordia)

- Fern, Justin J. (defendant)

- The Fern Family Irrevocable Life Insurance Trust (defendant)

- Global One Financial, a Division of Synovus Bank (plaintiff)

- Gould, Jason (counsel for Accordia)

- Gristina, Thomas F. (counsel for Plaintiff Global One Financial, a Division of Synovus Bank)

- Magruder, Dylan (counsel for Accordia)

- Orduno, Jeffrey P. (defendant)

- Page, Scrantom, Sprouse, Tucker & Ford, P.C. (counsel for Plaintiff Global One Financial, a Division of Synovus Bank)

- Rikard & Protopapas, LLC (counsel for Defendants Justin J. Fern and Jeffrey P. Orduno)

- Rikard, Robert G. (counsel for Defendants Justin J. Fern and Jeffrey P. Orduno)

## CORPORATE DISCLOSURE STATEMENT

Accordia is a corporation organized under the laws of Iowa and with its principal place of business in Iowa. Accordia is directly wholly owned by Commonwealth Annuity and Life Insurance Company, a Massachusetts corporation. Commonwealth Annuity and Life Insurance Company is directly wholly owned by Global Atlantic (Fin) Company, but indirectly owned by The Global Atlantic Financial Group, LLC. Although The Global Atlantic Financial Group, LLC is not a publicly traded entity, more than 10% of its stock is indirectly held by KKR & Co. Inc. (NYSE: KKR).

This the 6th day of August, 2025.

**CARLTON FIELDS, P.A.**
**6**

*/s/ Dylan Magruder*
Dylan Magruder
Georgia Bar No. 810717
1230 Peachtree Street NE
Suite 900
Atlanta, GA 30309
(404) 815-3400
(404) 815-3415 (fax)
dmagruder@carltonfields.com

*Counsel for Defendant Accordia Life and*
*Annuity Company6*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed using the CM/ECF electronic filing system, which will send notification of such filing to counsel of record for all parties in this case.

This 6th day of August, 2025.

*/s/ Dylan Magruder*
Dylan Magruder
