UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GLOBAL ONE FINANCIAL, A DIVISION OF SYNOVUS BANK, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY P. ORDUNO, in his capacity as Trustee of THE FERN FAMILY IRREVOCABLE LIFE INSURANCE TRUST, JUSTIN J. FERN, individually, and ACCORDIA LIFE AND ANNUITY COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 4:25-cv-00247-CDL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE OF**
**GLOBAL ONE FINANCIAL, A DIVISION OF SYNOVUS BANK**

Pursuant to Local Rule 87.1, the undersigned co-counsel of record for Plaintiff Global One Financial, a Division of Synovus Bank ("Global One Financial"), respectfully submits this Corporate Disclosure Statement:

(1)  Global One Financial is a Division of Synovus Bank.

(2)  The undersigned counsel of record identifies the following subsidiaries of Synovus Bank:

- Synovus Trust Company, National Association
- Sterling Place, L.L.C.
- Orchard, LLC
- The Summerton Inn, Inc.
- Global Financial Distributors, Inc.
- Azalea Park Partner, LP

- CB&T Special Limited Partner, L.L.C.
- West End Development Partnership, L.P.
- Tuscaloosa Riverfront Development, LLC
- CB&T Housing Fund Investor, L.L.C.
- Boston Capital Columbus Tax Credit Fund, A Limited Partnership
- CB&T State Tax Credit Fund, L.L.C.
- Aston Avalon, LP
- Baker Village Apartments I, LP
- Synovus Equity Investments
- Synovus Special Limited Partner, LLC
- Synovus Union Hill, LLC
- Union Hill Apartments, L.P.
- Synovus Aspenwood Square, LLC
- Aspenwood Square Apartments, LP
- Synovus CAHEC CEF XXI, LLC
- Synovus CAHEC SCPF 2017, LLC
- Synovus Stratford 25 2017, LLC
- Synovus RJ SIF 2018, LLC
- Synovus Caroline Arms 2018, LLC
- Synovus BC Federal Investor 2018, LLC
- Synovus Equipment Leasing, LLC
- Synovus 42EP 2019, LLC
- Synovus Stratford 33 2019, LLC

- Synovus Harper Woods 2020, LLC
- Synovus Liberty Hill 2020, LLC
- Synovus Lexington Club 2020, LLC
- Synovus Blythewood 2020, LLC
- Synovus Woodstone 2020, LLC
- Synovus Viera 2020, LLC
- Synovus Erath II 2020, LLC
- Synovus Creekside 2020, LLC
- Synovus Parc Hill 2020, LLC
- Synovus Parc Hill II 2020, LLC
- Synovus Sam Lane 2020, LLC
- Synovus Farmington Hills 2020, LLC
- Synovus Harmony 2020, LLC
- Synovus Clinton Manor 2020, LLC
- Synovus Friendship Court 2020, LLC
- Synovus Newberry Arms 2020, LLC
- Synovus Mango Terrace 2020, LLC
- Synovus St. Andrew 2020, LLC
- Synovus Eastleigh 2020, LLC
- Synovus Dothan I 2020, LLC
- Synovus Amelia Village 2020, LLC
- Synovus Columbia Village 2020, LLC
- Synovus Sulphur Springs 2021, LLC

- Synovus Hollywood 2021, LLC
- Synovus Ashlynn Ridge 2021, LLC
- Synovus Milton 2021, LLC
- Synovus Harwick 2021, LLC
- Synovus NMTC 2021, LLC
- Synovus Lawson's Ridge 2021, LLC
- Synovus Park Towers 2021, LLC
- Synovus Northgate 2021, LLC
- Synovus Rossville 2021, LLC
- Synovus Archer Green 2021, LLC
- Synovus POL 2021, LLC
- Synovus Alafaya 2021, LLC
- Synovus Marble Valley 2021, LLC
- Synovus Peppertree 2021, LLC
- Synovus Rollingwood 2021, LLC
- Synovus Legion Park 2021, LLC
- Synovus Wellington 2021, LLC
- Synovus EMG 2021, LLC
- Synovus Highlands Kayne 2021, LLC
- Synovus Independence Landing 2022, LLC
- Synovus West Point 2022, LLC
- Synovus Indigo 2022, LLC
- Synovus Pintail 2022, LLC

- Synovus Augustine 2022, LLC
- Synovus Crosswinds 2022, LLC
- Synovus BSV 2022, LLC
- Maast, LLC
- Synovus Austin Commons 2022, LLC
- McMinn TN 2022, LLC
- Evergreen AL 2022, LLC
- Dry Creek AL 2022, LLC
- Sterling Heights AL 2022, LLC
- Mockingbird Alabama 2022, LLC
- Chattahoochee Community Investment, LLC
- CCI DHM Catoosa 2022, LLC
- CCI State Hazel Park 2022, LLC
- CCI Federal Hazel Park 2022, LLC
- CCI Ashton 2022, LLC
- ST GA Fund I LLC
- ST GA Fund III LLC

(3) Synovus Financial Corp. is a parent to Synovus Bank.

(4) Synovus Financial Corp. has no parent corporation and there is no publicly held corporation that owns 10% or more of Defendant's stock.

This 6th day of August, 2025.

                                          PAGE, SCRANTOM, SPROUSE,
                                            TUCKER & FORD, P.C.

                                          */s/ Thomas F. Gristina*
                                          Thomas F. Gristina
                                          Ga Bar No. 452454
                                          */s/ Alan G. Snipes*
                                          Alan G. Snipes
                                          Ga Bar No. 665781
                                          */s/ Alex M. Shalishali*
                                          Alex M. Shalishali
                                          Ga. Bar No. 386182
                                          */s/ Jack P. Schley*
                                          Jack P. Schley
                                          Ga. Bar No. 891829

1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
Telephone: 706-324-0251
Facsimile: 706-243-0417
tgristina@pagescrantom.com
asnipes@pagescrantom.com
ashalishali@pagescrantom.com
jschley@pagescrantom.com

                                          *Attorneys for Global One Financial,*
                                          *A Division of Synovus Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This the 6th day of August, 2025.

/s/ Thomas F. Gristina
Counsel for Global One Financial,
A Division of Synovus Bank