IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GLOBAL ONE FINANCIAL, *a division of Synovus Bank*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) CASE NO. 4:25-cv-00247-CDL |
| JEFFREY P. ORDUNO, *individually and in his capacity as trustee, et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT SCHEDULING AND DISCOVERY ORDER**

In accordance with the Court's Rule 16/26 Order in this case, the parties have conferred and jointly developed this Joint Proposed Scheduling and Discovery Order containing deadlines and limitations as follows:

**I.    COUNSEL OF RECORD**

**Plaintiff:**          Thomas F. Gristina
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor
PO Box 1199
Columbus, Georgia 31902
(706) 324-0251 (telephone)
tgristina@pagescrantom.com

*Counsel for Plaintiff Global One Financial
A Division of Synovus Bank*

| | |
|---|---|
| **Defendants:** | Jason H. Gould (Pro Hac Vice) |
| | Dylan Magruder |
| | CARLTON FIELDS, P.A. |
| | 1230 Peachtree Street NE |
| | Suite 900 |
| | Atlanta, GA 30309 |
| | (404) 815-3400 |
| | jgould@carltonfields.com |
| | dmagruder@carltonfields.com |

*Counsel for Defendant Accordia Life and Annuity Company*

Robert G. Rikard (Pro Hac Vice)
Charles E. Usry (Pro Hac Vice)
RP LEGAL, LLC
2110 N Beltline Blvd.
Columbia, SC 29204
Post Office Box 5640 (29250)
PH: (803) 978-6111
rgr@rplegalgroup.com
cusry@rplegalgroup.com

Clayton M Adams
BROWN & ADAMS, LLC
Post Office Box 139
Columbus, GA 31902-0139
(706) 653-6109
cadams@brownadamsllc.com

*Counsel for Defendants Jeffrey P. Orduno, individually
and in his capacity as Trustee of The Fern Family
Irrevocable Life Insurance Trust, and Justin J. Fern, individually*

## II.   PROCEDURAL HISTORY

The Complaint was filed on May 29, 2025 in Superior Court of Muscogee County, Georgia.

An Amended Complaint was filed on June 19, 2025 in Superior Court of Muscogee County, Georgia, to correct the name of a defendant.

The matter was removed to this Court on July 30, 2025.

Defendant Accordia Life and Annuity Company filed its Answer on September 10, 2025.

Defendants Jeffrey P. Orduno, individually, and in his capacity as Trustee of the Fern Family Irrevocable Trust, and Justin Fern filed their Answer and Counterclaims on September 10, 2025.

Per Text Order [ECF No. 21] Plaintiff Global One's response to Defendants' counterclaim is due November 3, 2025.

### III. JURISDICTIONAL STATEMENT

For purposes of diversity jurisdiction, Plaintiff is a citizen of the States of Georgia; Defendant Jeffrey P. Orduno is a citizen of Illinois; Defendant Justin Fern is a citizen of Illinois; and Defendant Accordia Life and Annuity Company is a citizen of Iowa.

### IV. PROPOSED DEADLINES

A.  <u>Initial Disclosures</u>:

The deadline for the parties' initial disclosures shall be **November 6, 2025**.

B.  <u>Joinder of Parties and Amendment of Pleadings</u>:

The parties stipulate that the deadline to join additional parties and to amend the pleadings shall be **ninety (90) days prior to the close of discovery**. Any amendments after that date shall require leave of Court.

C.  <u>Completion of Discovery</u>:

The parties expect to complete discovery on or before **May 4, 2026**, which is six months after the final responsive pleading will be filed.

D.  <u>Dispositive Motions</u>:

The parties expect to file all motions except summary judgment motions and other pre-trial motions prior to the expiration of the discovery period. All motions will be filed pursuant to the Federal Rules of Civil Procedure and the local rules of the United States District Court for the

Middle District of Georgia. The parties must file any motions for summary judgment by **June 18, 2026**, which is the date forty-five (45) days after the close of discovery.

IV.  **DEPOSITIONS**

Plaintiff anticipates at this time that the following witnesses will and/or may be deposed during discovery at a date, place, and time agreed upon by the parties:

(1) Each Defendant and/or a 30(b)(6) corporate representative of each Defendant.

(2) Skip Skolnick

(3) Skolnick Retirement Solutions

(4) Affinity Advisory Network

(5) Paul Rasberry

(6) Danny Rasberry

(7) Rasberry Producer Group

(8) Beth Hall

(9) Don Longwell

(10) any witnesses to the events giving rise to the parties' claims, counterclaims or defenses whose identity is learned through discovery; and

(11) Any and all expert witnesses identified by Defendants.

Defendants anticipate at this time that the following witnesses will be deposed during discovery at a date, place, and time agreed upon by the parties:

(1) Each of the persons and entities identified by plaintiff in (1)-(11) above;

(2) Justin Fern;

(3) Jeffrey Orduno;

(4) a 30(b)(6) corporate representative of Plaintiff;

(5) Global Financial Distributors;

(6) Suzy Turner;

(7) Carla Theoharis;

(8) Any witnesses to the events giving rise to the parties' claims, counterclaims, or defenses whose identity is learned through discovery; and

(9) Any and all expert witnesses identified by Plaintiff.

## V. EXPERT WITNESSES

Plaintiff shall file and serve disclosures relating to expert witnesses on or before **February 1, 2026**, and will make its experts available for deposition at that time. Defendants shall file and serve disclosures relating to expert witnesses on or before **March 3, 2026**, and will make their experts available for deposition at that time. In the event that Defendants designate an expert where Plaintiff has not previously designated an expert, Plaintiff shall have an additional thirty (30) days to designate a rebuttal expert witness. The deposition of any party's rebuttal expert shall occur on or before the close of discovery.

Any disclosure of an expert witness retained or specifically employed to provide expert testimony in the case or one whose duties as a party's employee regularly involve giving expert testimony must be accompanied by a written report prepared and signed by the expert in accordance with the requirements of Rule 26(a)(2)(B). Any disclosure of an expert witness who is not required to provide a written report under Rule 26(a)(2)(B) must comply with Rule 26(a)(2)(C) and include the identity of the witness, the subject matter on which the witness is expected to present expert testimony, and a summary of the facts and opinions to which the witness is expected to testify.

Unless otherwise ordered by the Court, any motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 and/or *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993),

shall be filed within 21 days after the court's ruling on the last pending motion for summary judgment or by the deadline for motions in limine as set in an order for pretrial conference, whichever is sooner. If no summary judgment is filed by the date that the dispositive motions are due, then any *Daubert* motions shall be filed within 21 days after the due date for filing dispositive motions. If an evidentiary hearing is necessary for the resolution of a *Daubert* motion, the party requesting the hearing shall file a written request for the hearing at the time of the filing of the motion or the response to the motion.

VI.     **OTHER ITEMS**

      A.     At this time, Plaintiff anticipates the approximate cost of discovery in this matter is $100,000, depending on the number of witnesses and depositions required. Defendants anticipate the approximate cost of discovery in this matter is $250,000, depending on the number of witnesses and depositions required.

[SIGNATURE PAGE FOLLOWS]

This 23rd day of October, 2025.

        PAGE, SCRANTOM, SPROUSE,
         TUCKER & FORD, P.C.

        ***/s/ Thomas F. Gristina***
        Thomas F. Gristina
        Ga Bar No. 452454
        Alan G. Snipes
        Ga Bar No. 665781
        Alex M. Shalishali
        Ga. Bar No. 386182
        Jack P. Schley
        Ga. Bar No. 891829
        1111 Bay Avenue, Third Floor
        P.O. Box 1199
        Columbus, Georgia 31902
        Telephone: 706-324-0251
        Facsimile: 706-243-0417
        tgristina@pagescrantom.com
        asnipes@pagescrantom.com
        ashalishali@pagescrantom.com
        jschley@pagescrantom.com
        *Attorneys for Global One Financial,*
        *A Division of Synovus Bank*

**RP LEGAL, LLC**        **BROWN & ADAMS, LLC**

*/s/ Robert G. Rikard*        */s/ Clayton M. Adams*
Robert G. Rikard (Pro Hac Vice)        Clayton M Adams
Charles E. Usry (Pro Hac Vice)        Georgia Bar No. 064441
2110 N Beltline Blvd.        Post Office Box 139
Columbia, SC 29204        Columbus, GA 31902-0139
Post Office Box 5640 (29250)        (706) 653-6109
PH: (803) 978-6111        EMAIL: cadams@brownadamsllc.com
FAX: (803) 978-6112
EMAIL: rgr@rplegalgroup.com
EMAIL: cusry@rplegalgroup.com

        *Attorneys for Jeffrey P. Orduno,*
        *individually and in his capacity as Trustee*
        *of The Fern Family Irrevocable Life*
        *Insurance Trust, and Justin J. Fern,*
        *individually*

**CARLTON FIELDS, P.A.**

*/s/ Jason H. Gould*
Jason H. Gould (*admitted pro hac vice*)
Dylan Magruder
Georgia Bar No. 810717
1230 Peachtree Street NE, Suite 900
Atlanta, GA 30309
(404) 815-3400
(404) 815-3415 (fax)
jgould@carltonfields.com
dmagruder@carltonfields.com

*Counsel for Defendant Accordia Life and Annuity Company*

**ORDER**

The Court, having reviewed the information contained in the Joint Proposed Scheduling and Discovery Order completed and filed jointly by the parties to this action, hereby adopts the parties' plan and makes it the order of the Court.

IT IS SO ORDERED, this 27th day of October 2025.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE